1  Graham Archer [SBN: 262464]
   Law Office of Graham Archer
2  95 S. Market Street, Suite 300
   San Jose, CA 95113
3  Ph: 408-596-9451
   Fax: 408-596-5657
4  graham@garcher.com

5  Attorney for Defendant Melissa Duarte

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                    SAN JOSE DIVISION

10

11 United States of America                    **11-CR-00639-DLJ**
                                                **11-CR-00640-DLJ**
12 Plaintiff,                                   **11-CR-00641-DLJ**

13        vs.                                   **Stipulation and Order**
                                                **Continuing Sentencing**
14 Melissa Duarte

15 Defendant.

16

17
          Defendant Melissa Duarte and the United States, by and through their respective
18
   counsel, enter into this stipulation and request for an order continuing the sentencing currently
19
   set for November 29, 2012.
20
          The reason for the proposed continuance is to allow United States Probation to complete
21
   the Pre-Sentence Report. The report has been delayed due to PSR interview scheduling conflicts
22
   as a result of counsel for Ms. Duarte's trial and travel schedule, as well as the health issue of a
23
   family member of Ms. Duarte.
24
   //
25
   //
26
   //
27

**Stipulation and [] Order Continuing Sentencing**

Ms. Duarte and the Government jointly request a continuance of sentencing to January 17, 2013, or the next available date on the Court's calendar.

Dated: __11/27/12___          _____/s/_____
                              Graham Archer
                              Attorney for Melissa Duarte

Dated: __11/27/12___          _____/s/_____
                              Daniel Kaleba
                              Assistant United States Attorney

**Stipulation and [] Order Continuing Sentencing**

[] Order Continuing Sentencing

Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that the sentencing currently set for November 29, 2012 at 10:00am in actions 11-CR-639, 640 and 641 shall be continued to January 39, 2013 at 10:00am.

It is so ordered.

Dated:

_____
Hon. D. Lowell Jensen
United States District Judge